UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| REX WARREN, | CASE NO.: 3:16-CV-00462-RCJ-VPC |
| Plaintiff, | |
| v. | O R D E R |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #17) entered on May 17, 2017, in which the Magistrate Judge recommends the Court deny Plaintiff's Motion for Remand and/or Reversal (ECF #13) and grant the Acting Commissioner's Cross-Motion to Affirm the Commissioner's Decision (ECF #14). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #17).

IT IS HEREBY ORDERED that Plaintiff's Motion for Remand and/or Reversal (ECF #13) is DENIED.

IT IS FURTHER ORDERED that the Acting Commissioner's Cross-Motion to Affirm the Commissioner's Decision (ECF #14) is GRANTED.

IT IS FURTHER ORDERED that The Clerk shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 19th day of July, 2017.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE