AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*        DISTRICT OF     NEVADA

REX WARREN,

     Plaintiff,

v.

NANCY A. BERRYHILL, et al.,

     Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:16-cv-00462-RCJ-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Acting Commissioner's Cross-Motion to Affirm the Commissioner's Decision (ECF #14) is GRANTED.

July 19, 2017                                                **DEBRA K. KEMPI**
                                                                     Clerk

                                                                       /s/ K. Rusin
                                                                       Deputy Clerk